COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:    In re Paula Miller

Appellate case number:   01-13-00871-CV

Trial court case number:  2011-65843

Trial court:        23rd District Court of Brazoria County

On October 15, 2013, relator, Paula Miller, filed a petition for a writ of prohibition and a motion for emergency stay, requesting "the Court for an emergency stay to maintain the status quo of the parties and preserve the Court's jurisdiction to consider the merits of Relator's original proceeding." Relator's motion for temporary relief is **denied**.

It is so ORDERED.

Judge's signature: /s/ Jane Bland
☑ Acting individually    ☐ Acting for the Court

Date: October 15, 2013